# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WILLIAM McMICHAEL, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 18-997 VAC-CJB |
| U.S. DEPARTMENT OF JUSTICE, | : |
| Defendant. | : |

## JOINT STIPULATION AND PROPOSED ORDER TO STAY PROCEEDINGS

WHEREAS, Plaintiff filed this action under the Freedom of Information Act (FOIA) to challenge Defendant's delay in processing Plaintiff's request for records under FOIA, 5 U.S.C. § 552(a)(4)(B) (D.I. 1);

WHEREAS, in an Oral Order dated August 9, 2018, the Court directed the parties to meet and confer regarding the content of a proposed scheduling order and to submit said proposed scheduling order to the Court no later than thirty (30) days from the date of the Court's Order;

WHEREAS, the parties have conferred and Defendant has agreed to begin processing Plaintiff's requested records in monthly, 500-page batches, pursuant to the FBI's standing interim release policy;[1]

WHEREAS, the parties have conferred and Defendant has agreed to release the first batch of processed records on October 30, 2018;

WHEREAS, Defendant agrees to continue to process on a rolling basis 500 pages of records each month until all of the requested approximately 7,250 pages have been processed;

WHEREAS, Defendant agrees to waive fees for duplication costs in this case;

---

[1] This 500-page figure is an approximate amount.

NOW, THEREFORE, IT IS HEREBEY STIPULATED AND AGREED, subject to the approval of the Court,[2] that the proceedings in this case shall be stayed initially for seven (7) months while Defendant finishes processing approximately the first 3,500 pages of records requested by Plaintiff. Upon conclusion of this initial 7-month stay, the parties propose that they submit a joint status report to the Court on Defendant's ongoing record processing, raising any necessary issues with the production. Assuming Defendant has substantially complied with the review and disclosure at the agreed rate, the parties will agree to a further seven and a half (7.5) month stay to allow Defendant to process the estimated remaining 3,750 pages of records that Plaintiff requested. The parties propose that, following production of all the records, the Court will hold a conference with the parties to determine what further proceedings, if any, are necessary. The parties submit the proposed stays with an interim status report will promote the

\* \* \* \* \*

---

[2] In the event that the Court requires further information on any topic related to this case prior to ruling on this stipulation, the parties will promptly confer and submit a response.

just, speedy, and inexpensive resolution of this action by narrowing the potential issues in dispute. The parties reserve the right to seek relief from this Stipulation and Proposed Order by further stipulation or motion.

                                                Respectfully submitted,

                                                DAVID C. WEISS
                                                United States Attorney

| | |
|---|---|
| */s/ Joanna J. Cline* | BY: */s/Graham L. Robinson* |
| Joanna J. Cline (DE Bar No. 5873) | Graham Robinson |
| Christopher B. Chuff (DE Bar No. 5729) | Jennifer L. Hall (#5122) |
| Ellis E. Herington (DE Bar No. 6489) | Assistant United States Attorney |
| PEPPER HAMILTON LLP | 1007 N. Orange Street, Suite 700 |
| 1313 N. Market Street, P.O. Box 1709 | P.O. Box 2046 |
| Wilmington, DE 19899-1709 | Wilmington, Delaware 19899-2046 |
| (302) 777-6500 | Telephone 302-573-6277 |
| clinej@pepperlaw.com | Facsimile 302-573-6431 |
| chuffe@pepperlaw.com | graham.robinson@usdoj.gov |
| heringtone@pepperlaw.com | Jennifer.hall@usdoj.gov |
| | |
| Tuan Samahon | *Attorneys for Defendant* |
| Britain Henry | *U.S. Department of Justice* |
| McNelly & Goldstein, LLC | |
| 11 Church Rd. | |
| Hatfield, PA 19440-1206 | |
| Ph: (610) 727-4191 | |
| Fax: (215) 565-2610 | |
| tsamahon@mcnellygoldstein.com | |
| bhenry@mcnellygoldstein.com | |

*Attorneys for Plaintiff William McMichael*

Dated: August 23, 2018

       SO ORDERED this _____ day of _____, 2018.

                                         _____
                                         HONORABLE CHRISTOPHER J. BURKE
                                         United States Magistrate Judge
                                         District of Delaware