IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF DELAWARE

| | |
|---|---|
| WILLIAM McMICHAEL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:18-cv-00997-CJB |
| | ) |
| U.S. DEPARTMENT OF JUSTICE, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF CHANGE OF AFFILIATION

PLEASE TAKE NOTICE THAT, Tuan N. Samahon and Britain R. Henry, counsel to Plaintiff William McMichael, and formerly of McNelly & Goldstein, LLC, are now affiliated with Goldstein Law Partners, LLC, with the following contact information:

Tuan N. Samahon
Goldstein Law Partners, LLC
11 Church Road
Hatfield, PA 19440
(610) 949-0444
tsamahon@goldsteinlp.com

Britain R. Henry
Goldstein Law Partners, LLC
11 Church Road
Hatfield, PA 19440
(610) 949-0444
bhenry@goldsteinlp.com

The undersigned counsel from Pepper Hamilton LLP will remain as counsel of record for Plaintiff William McMichael.

Respectfully submitted,

*/s/ Ellis E. Herington*
Joanna J. Cline (DE Bar No. 5873)
Christopher B. Chuff (DE Bar No. 5729)
Ellis E. Herington (DE Bar No. 6489)
PEPPER HAMILTON LLP
Hercules Plaza, Suite 5100
1313 N. Market Street | P.O. Box 1709
Wilmington, DE 19899-1709
(302) 777-6500
*clinej@pepperlaw.com*
*chuffc@pepperlaw.com*
*heringtone@pepperlaw.com*

OF COUNSEL

Tuan N. Samahon
Britain R. Henry
Goldstein Law Partners, LLC
11 Church Road
Hatfield, PA 19440
(610) 949-0444
tsamahon@goldsteinlp.com
bhenry@goldsteinlp.com

Dated: October 31, 2018

*Attorneys for Plaintiff William McMichael*

-2-

## CERTIFICATE OF SERVICE

I, Ellis E. Herington, hereby certify that, on October 31, 2018, I caused a true and correct copy of the foregoing *Notice of Change of Affiliation* to be electronically filed using CM/ECF, which will send electronic notification of such filing to all counsel of record.

*/s/ Ellis E. Herington*
Ellis E. Herington (DE Bar No. 6489)
