IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WILLIAM McMICHAEL,<br><br>    Plaintiff,<br><br> v.<br><br>U.S. DEPARTMENT OF JUSTICE,<br><br>    Defendant. | Civil Action No. 18-997 VAC-CJB |

**UNOPPOSED MOTION FOR LEAVE TO FILE SUPPLEMENTAL COMPLAINT**

Under Federal Rule of Civil Procedure 15(d), Plaintiff William McMichael ("Plaintiff") respectfully moves the Court for leave to file a supplemental complaint. Counsel for Plaintiff has consulted with opposing counsel, who does not oppose Plaintiff's motion.[1]

Under Rule 15(d), the Court may allow supplemental pleadings to reflect events that occurred after the date of the initial pleading. A motion for leave to file a supplemental pleading is subject to the Court's discretion, but should be freely granted "to effectuate the liberal purpose of Rule 15," *T Mobile Northeast LLC v. City of Wilmington, Delaware*, 913 F.3d 311, 332 (3d Cir. 2019), particularly where "the opposing party has had fair notice of the general fact situation and legal theory upon

---

[1] After the Court's August 3, 2020 teleconference hearing, Plaintiff decided to abandon his claim for the six IRS records withheld by the FBI. Accordingly, the Court's ordered stipulated summary judgment briefing schedule for those records (D.I. 23) is now unnecessary. Instead, if accepted by the Court, Plaintiff's supplemental complaint asserting the three additional claims would necessitate a response or answer from Defendant within thirty days from its filing. 5 U.S.C. § 552(a)(4)(C). The parties will then be in a position to discuss the outstanding requests and whether any schedule for further rolling production of records will be necessary.

which the amending party proceeds." *Id.* at 328 (quoting *Bensel v. Allied Pilots Ass'n*, 387 F.3d 298, 310 (3d Cir. 2004).

Supplementing the complaint would promote the economic and speedy disposition of the parties' entire controversy on equitable terms without prejudice to the Defendant. Plaintiff's original complaint arose from FBI's denial of his Freedom of Information Act (FOIA) request related to his research into the FBI's investigation of the theft and "fencing" of the Hesse royal family jewels. Likewise, the claims asserted in the supplemental complaint also pertain to requests for the FBI's investigation of the Hesse royal family jewels theft. Counts I and II arise from the FBI's failure to timely respond to Plaintiff's additional FOIPA requests concerning individuals possibly related to the stolen jewels, Zollie Kelman (1442999-000) and Bugsy Siegel (1454046-000). Count III arises from the FBI's failure to reasonably search its records in response to a FOIPA request for FBI investigations of the Sahara casino in Las Vegas and individuals connected with the jewels or fencing activity (1388088-000). Plaintiff's claims based on these requests should be unsurprising to the DOJ-FBI. After all, Plaintiff notified DOJ it was interested in these records when it filed the requests, and DOJ knew determination of the requests was tardy under the FOIA's twenty-day timetable. Accordingly, this motion is a straightforward case for 15(d) supplementation of the original pleading. It would permit FOIA claims from the same plaintiff on the same subject to be litigated against the same defendant in one case, rather than two.

Accordingly, Plaintiff requests that the Court grant leave to file the attached supplemental complaint and associated exhibits. *See* Ex. A.

                                                  Respectfully submitted,

*/s/ Joanna J. Cline*
Joanna J. Cline (DE Bar No. 5873)
Christopher B. Chuff (DE Bar No. 5729)
TROUTMAN PEPPER LLP
1313 N. Market Street, P.O. Box 1709
Wilmington, DE 19899-1709
(302) 777-6500
joanna.cline@troutman.com
chris.chuff@trotuman.com

-and-

*/s/ Tuan Samahon*
Tuan Samahon
Britain R. Henry
GOLDSTEIN LAW PARTNERS, LLC
11 Church Rd.
Hatfield, PA 19440
(610) 949-0444
tsamahon@goldsteinlp.com
bhenry@goldsteinlp.com

Date: August 10, 2020                    *Attorneys for Plaintiff William McMichael*