# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WILLIAM McMICHAEL,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>U.S. DEPARTMENT OF JUSTICE,<br><br>　　　　Defendant. | Civil Action No. 18-997 VAC-CJB |

## CERTIFICATE OF SERVICE

I hereby certify that on August 10, 2020, I electronically filed the foregoing ***PLAINTIFF WILLIAM McMICHAEL'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL COMPLAINT*** with the Clerk of Court using CM/ECF which will send notification of such filing to all counsel of record who are registered with the CM/ECF system.

　　　　　　　　　　　　　　　　　　　　*Joanna J. Cline*
　　　　　　　　　　　　　　　　　　　　Joanna J. Cline (DE No. 5873)