IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WILLIAM McMICHAEL,<br><br>    Plaintiff,<br><br> v.<br><br>U.S. DEPARTMENT OF JUSTICE,<br><br>    Defendant. | Civil Action No. 18-997 VAC-CJB |

## (PROPOSED) ORDER ON PLAINTIFF'S UNOPPOSIED MOTION FOR LEAVE TO FILE SUPPLEMENTAL COMPLAINT

AND NOW, this ___ day of August, 2020, the Court having considered Plaintiff William McMichael's Unopposed Motion for Leave to File Supplemental Complaint, IT IS HEREBY ORDERED that Plaintiff's Motion for Leave to File Supplemental Compliant is GRANTED.

Date: _____          _____
                             The Honorable Christopher J. Burke
                             United States Magistrate Judge