# EXHIBIT 4

1425 New York Avenue N.W.
Suite 11050
Washington, DC 20005

Tuan N. Samahon, Esq.
Torchlight Law Group, LLC
1200 Hartdale Lane
Gladwyne, PA 19035-1434

December 6, 2017

Dear Mr. Samahon,

    This is to advise you that your administrative appeal from the action of the Federal Bureau of Investigation regarding Request No. 1388088 was received by this Office on 11/30/2017.

    The Office of Information Policy has the responsibility of adjudicating such appeals. In an attempt to afford each appellant equal and impartial treatment, we have adopted a general practice of assigning appeals in the approximate order of receipt. Your appeal has been assigned number DOJ-AP-2018-001315. Please mention this number in any future correspondence to this Office regarding this matter. Please note that if you provide an e-mail address or another electronic means of communication with your request or appeal, this Office may respond to your appeal electronically even if you submitted your appeal to this Office via regular U.S. Mail.

    We will notify you of the decision on your appeal as soon as we can. If you have any questions about the status of your appeal, you may contact me at (202) 514-3642. If you have submitted your appeal through FOIAonline, you may also obtain an update on the status of your appeal by logging into your account.

Sincerely,

**PRISCILLA JONES**

Digitally signed by
PRISCILLA JONES
Date: 2017.12.07
11:56:57 -05'00'

Priscilla Jones

Supervisory Administrative Specialist