# EXHIBIT 2



U.S. Department of Justice

**Federal Bureau of Investigation**
*Washington, D.C. 20535*

December 11, 2019

MR. WILLIAM H. MCMICHAEL
416 DELAWARE STREET
NEW CASTLE, DE 19720

FOIPA Request No.: 1454046-000
Subject: SIEGEL, BUGSY
(VAULT DOCUMENTS)

Dear Mr. McMichael:

This acknowledges receipt of your Freedom of Information/Privacy Acts (FOIPA) request to the FBI. Below you will find check boxes and informational paragraphs about your request, as well as specific determinations required by these statutes. Please read each one carefully.

- [x] Your request has been received at FBI Headquarters for processing.

- [ ] You submitted your request via the FBI's eFOIPA system.

  - [ ] We have reviewed your request and determined it is consistent with the FBI eFOIPA terms of service. Future correspondence about your FOIPA request will be provided in an email link unless the record's file type is not supported by the eFOIPA system.

  - [ ] We have reviewed your request and determined it is not consistent with the FBI eFOIPA terms of service. Future correspondence about your FOIPA request will be sent through standard mail.

- [ ] The subject of your request is currently being processed and documents will be released to you upon completion.

- [ ] Release of responsive records will be posted to the FBI's electronic FOIA Library (The Vault), http:/vault.fbi.gov, and you will be contacted when the release is posted.

- [x] Your request for a public interest fee waiver is under consideration and you will be advised of the decision if fees are applicable. If your fee waiver is not granted, you will be responsible for applicable fees per your designated requester fee category below.

- [x] For the purpose of assessing any fees, we have determined:

  - [ ] As a commercial use requester, you will be charged applicable search, review, and duplication fees in accordance with 5 USC § 552 (a)(4)(A)(ii)(I).

  - [x] As an educational institution, noncommercial scientific institution or representative of the news media requester, you will be charged applicable duplication fees in accordance with 5 USC § 552 (a)(4)(A)(ii)(II).

  - [ ] As a general (all others) requester, you will be charged applicable search and duplication fees in accordance with 5 USC § 552 (a)(4)(A)(ii)(III).